UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HEIDI ANN GILLS,<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-01415 |
| VERSUS | JUDGE DRELL |
| VERIZON CORPORATION,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JURISDICTIONAL REVIEW FINDINGS

Before the Court is a Complaint removed from a Louisiana state court by Defendant Cellco Partnership, doing business as Verizon Wireless ("Cellco").[1] (Doc. 1). Cellco premises federal jurisdiction on diversity of citizenship (Doc. 1). In response to this Court's *Sua Sponte* Jurisdictional Briefing Order (Doc. 7), Cellco filed a Jurisdictional Memorandum Submitted on Behalf of Cellco Partnership D/B/A Verizon Wireless. (Doc. 10).

"[S]ubject-matter jurisdiction, because it involves a court's power to hear a case, can never be forfeited or waived." Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006) (citing Ruhrgas AG v. Marathon Oil Co., 526 U.S. 574, 583 (1999)). The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Id.

Plaintiff Heidi Ann Gills ("Gills") alleges she is a citizen of Rapides Parish, Louisiana. (Doc. 1-4). Gills is a citizen of Louisiana.

---

[1] Cellco alleges it was incorrectly named as Verizon Corporation. (Doc. 1).

Gills sues Defendant Verizon Corporation. (Doc 1-4). Gills's Petition contains no allegations regarding the citizenship of Cellco. (Doc. 1-4). In its Complaint for Removal, Cellco alleges it was improperly named as Verizon Corporation, its proper name being Cellco Partnership, doing business as Verizon Wireless. (Doc. 1). In its Jurisdictional Memorandum, Cellco provided that it is a general partnership formed under Delaware law with its principal place of business in New Jersey. (Doc. 10). Cellco stated that it is indirectly wholly owned by Verizon Communications, Inc., a Delaware corporation with its principal place of business in New York. (Doc. 10). Cellco also provided the citizenship of its four partners (Doc. 10):

    a.    Bell Atlantic Mobile Systems, LLC ("Bell Atlantic") is a limited liability corporation, with its sole member being MCI Communications Services, Inc. (Doc. 10). MCI Communications Services, Inc. is a Delaware corporation with its principal place of business in New Jersey. Bell Atlantic is a citizen of Delaware and New Jersey.

    b.    GTE Wireless, LLC ("GTE") is a limited liability corporation, with its sole member being GTE LLC. (Doc. 10). GTE LLC is a limited liability corporation, with its members as follows:

        1.    Verizon Ventures, LLC ("Verizon Ventures") is a limited liability corporation, with its sole member being Verizon Communications, Inc. (Doc. 10). Verizon Communications, Inc. is a Delaware corporation, with its principal place of business in New York, New York. (Doc. 10). Verizon Ventures is a citizen of Delaware and New York.

        2.    NYNEX, LLC ("NYNEX") is a limited liability corporation, with its sole member being Verizon Communications, Inc. (Doc. 10). NYNEX is a citizen of Delaware and New York.

        3.    Verizon Communications, Inc. ("Verizon Communications") is a Delaware corporation, with its principal place of business in New York, New York. (Doc. 10). Verizon Communications is a citizen of Delaware and New York.

Thus, GTE is a citizen of Delaware and New York.

- c. Verizon Americas, Inc. ("Verizon Americas") is a Delaware corporation with its principal place of business in New Jersey. (Doc. 10). Verizon Americas is a citizen of Delaware and New Jersey.
- d. GTE Wireless of the Midwest Incorporated ("GTE Wireless of the Midwest") is an Indiana corporation with its principal place of business in New Jersey. (Doc. 10). GTE Wireless of the Midwest is a citizen of Indiana and New Jersey.

Therefore, Cellco is a citizen of Delaware, New Jersey, New York, and Indiana. (Doc. 10).

Accordingly, diversity jurisdiction is established. No further action is necessary at this time. This finding is preliminary in nature, and may be reconsidered *sua sponte* or upon appropriate motion.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 28th day of November, 2017.

Joseph H.L. Perez-Montes
United States Magistrate Judge