RECEIVED
APR 13 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HEIDI ANN GILLS | CIVIL ACTION 1:17-CV-01415 |
| VERSUS | JUDGE DRELL |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Judgment on the Pleadings (Doc. 12) is GRANTED and Plaintiff's action against all Defendants is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 13 day of April, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT